227 So.2d 145

### Adeline ARDOIN et al.

v.

### MICHIGAN WISCONSIN PIPE LINE COMPANY.

No. 50045.

Oct. 23, 1969.

In re: Adeline Ardoin et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 224 So.2d 172.

Writ denied. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

227 So.2d 145

### O. L. SIMS COMPANY OF LOUISIANA, INC.

v.

### INTERNATIONAL ENGINEERS, INC., et al.

No. 50046.

Oct. 23, 1969.

In re: O. L. Sims Company of Louisiana, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 224 So.2d 44.

Writ refused. On facts found by the Court of Appeal there is no error of law in the judgment complained of.